**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICHARD FARMER,

                    Plaintiff,

    -against-                                  19 **CIVIL** 7115 (GBD)(OTW)

## JUDGMENT

LAW OFFICE OF WEINER & WEINER, LLC;
PAUL I. WEINER, ESQUIRE, LLC; PAUL
IVAN WEINER, ESQ,; JOSHUA LAWRENCE
WEINER, ESQ.; BUDD LARNER, a Professional
Corp. doing business as Budd Larner, P.C.; LAW
OFFICES OF COUGHLIN DUFFY, LLP; KEVIN
T. COUGHLIN, ESQ.; TIMOTHY I. DUFFY,
ESQ, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 28, 2020, Magistrate Judge Wang's Report is ADOPTED. Defendants' motions to dismiss Plaintiff's complaint are GRANTED and Plaintiff's claims against Defendants are dismissed with prejudice.

**Dated:**  New York, New York

      September 29, 2020

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                             **BY:**

                                                             **Deputy Clerk**